AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Residence and Property located at 5705 NW Lady Marna Avenue, Lawton, OK 73505

Case No. 24-MJ-459STE

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The residence and property located at 5705 NW Lady Marna Avenue, Lawton, OK 73505

located in the Western District of Oklahoma, there is now concealed *(identify the person or describe the property to be seized)*:

The collection and seizure of government property, tools, equipment tools, and items listed in attachment A potentially stolen from a government building.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 641 | Theft of public money, property or records |

The application is based on these facts:

See Continuation Sheet.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: __________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

Brandon C. Williams, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 22, 2024

[signature]
*Judge's signature*

City and state: Lawton, Oklahoma

Shon T. Erwin, U.S. Magistrate Judge
*Printed name and title*

24-MJ-459 STE
(1-18 PAGES)

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Brandon C. Williams, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant to search for and seize evidence of violations of Title 18 of the United States Code § 641 (Theft of public money, property, or records), located within the residence and property located at 5705 NW Lady Marna Avenue, Lawton, OK 73505. The residence and property to be searched is described in the following paragraphs and in Attachment A.

2. I am a Special Agent of The Department of the Army Criminal Investigation Division (DACID) and have been since October 2020. I have been designated by a law as a Federal Law Enforcement Officer, authorized to receive and serve federal and civilian search warrants and authorizations. As a Special Agent, I received training in the process and procedures of investigating felony level crimes at the Criminal Investigation Division Special Agent Course. Additionally, I have received training in crime scene processing, and the procedures and practices associated with the collection of physical and testimonial evidence. As a Special Agent, I am empowered to investigate violations of the Uniformed Code of Military Justice and applicable Federal and State laws where there is an Army interest. As part of my duties, I investigated multiple criminal violations relating to thefts, frauds, and burglaries.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from my review of local law enforcement reports and interviews of witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience, evidence of criminal activity, to include motives, operational planning, operational preparation, and other relevant evidence will be found in the residence and property located at 5705 NW Lady Marna Avenue, Lawton, OK 73505. This evidence often includes the stolen items themselves, items used in commission of the crime, and transaction/barter history.

5. Based on the information set forth below, there is probable cause to believe that the residence and property located at 5705 NW Lady Marna Avenue, Lawton, OK 73505 will contain any and all evidence, referenced in Attachment B and Attachment C, of violations of Title 18 of the United States Code § 641 (Theft of public money, property or records). There is probable cause to believe that a search of the residence and property will lead to evidence, fruits, and instrumentalities of the aforementioned crimes.

6. This court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. §§ 2711, 2703(a), (b)(1)(A), and (c)(1)(A). Specifically, the Court is "a district court of the United States. . . that has jurisdiction over the offense being investigated" 18 U.S.C. §2711(3)(A)(i), and "is in . . . a district in which the provider . . . is located or in which the wire or electronic communication, records, or other information are stored." 18 U.S.C. §2711(3)(A)(ii).

**TECHNICAL TERMS AND DEFINITION**

7. Based on my training and experience, I use the following technical terms to convey the following meanings and apply to this Affidavit and Attachment B:

a. A "motor pool" is a group of motor vehicles centrally controlled (as by a governmental agency/a U.S. Army organizational unit) and dispatched for use as

needed. Motor pools are often secured with a perimeter fence. Motor pools can contain buildings within, which are used to perform maintenance on vehicles.

b. "Google" is an Internet company which, among other things, provides electronic communication services to subscribers. Google allows subscribers to obtain email accounts at the domain name gmail.com. Subscribers obtain an account by registering with Google. During the registration process, Google asks subscribers to provide basic personal information. Such information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative email addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number). Therefore, the computers of Google are likely to contain stored electronic communications (including retrieved and un-retrieved email for Google subscribers) and information concerning subscribers and their use of Google services, such as account access information, email transaction information, and account application information. Google collects and retains location data from Android-enabled mobile devices when a Google account user has enabled Google location services. The company uses this information for location-based advertising and location-based search results. This information is derived from sources including GPS data, cell site/cell tower information, Bluetooth connections, and Wi-Fi access points. Google also collects location data from non-Android devices, such as iPhones, if the device is registered to a Google account, or uses common Google services such as Google maps, Google Assistant, or Gmail and the user has location services enabled.

c. "Geofencing" is a process wherein law enforcement requests device activity at a specific date/time range and a specific location. Google gathers location history information about the devices that were present in the area at the specified date and time. Law enforcement looks at locations and movement patterns to see if any appear relevant to the crime. Once they narrow the field to a few devices that appear to belong to suspects or witnesses, Google reveals the users' names and other information.

d. A "Reverse Location Obfuscated ID" is a unique identification number generated by Google that is assigned to a device during the geofencing process. The identification number is used to distinguish devices in a particular account's Location History. A Reverse Location Obfuscated ID cannot be mapped to an Android ID or an IMEI/MEID and is not a valid target identifier that can be used to search for information separately from its original search warrant. Google can provide the subscriber information of a device that has been assigned a Reverse Location Obfuscated ID with an additional authorization request.

e. "DoD Person Search (DPS)" is a web-based application that interfaces with the Authenticated Data Repository and reports data from Defense Enrollment Eligibility Reporting System (DEERS). Members of the Department of Defense report their personal data, to include residence addresses, to DEERS. The application displays data that can be used for researching and viewing information on personnel and/or dependents.

f. A "National Stock Number (NSN)" is a serial number applied to an item that is repeatedly procured, stocked, stored, and issued throughout the Department of

Defense (DOD) and other federal agencies. NSNs are used to identify all types of Government property, to include hammers, drills, and other types of tools. Each item that is assigned a NSN has a known name, price, physical/performance characteristics, manufacturer, and dimensions. NSNs are often embedded on the item itself for tracking purposes.

**PROBABLE CAUSE**

8. On 14 Nov 23, the Fort Sill Military Police were notified that government property was stolen from a motor pool building located at 3930 Cubbison, Road, Fort Sill, OK 73503 (Building 3930). Garrett CEYNAR reported he arrived at the motor pool, around 0700, on 14 Nov 23, and noticed the back door to Room 101 was broken open and DeWalt tool sets and other items were missing. CEYNAR stated he last saw the missing items around 1500, 9 Nov 23. CEYNAR stated he thought the items were taken during the holiday weekend, and he believed the individual gained access to Room 101 by prying the rear door open because he found pry marks on the locking mechanisms to the doors. CEYNAR completed an inventory of the missing items. The stolen items were valued around $45,439.62.

9. On 21 Dec 23, the Fort Sill Military Police were notified that government property and private property were stolen from a motor pool building located at 3386 Burrill Road, Fort Sill, OK 73503 (Building 3386). Brandon CRAINICH reported around 0500, on 21 Dec 23, Jeremmy RAMERIZ called and requested CRAINICH open the exterior motor pool gate at Building 3386. CRAINICH stated he went to the motor pool gate and opened it but did not see RAMERIZ. CRAINICH stated around 0700, Ted STOUCH reported to him Room 109 was broken into with what he believed was a crowbar. Upon response, the military police conducted a walkthrough of the building and identified multiple signs of attempted forced entry on multiple

doors in the building. There were pry marks on multiple doors in the building. Multiple people reported their personal tools, equipment and accessories were also stolen from the building. The missing items were last seen around 1600 on 20 Dec 23 and noticed missing around 0700 on 21 Dec 23. The stolen items were valued around $9,335.16.

10. On 27 Dec 23, the Fort Sill Military Police were notified that government property was stolen from a motor pool building located at 2475 Burrill Road Fort Sill, OK 73503 (Building 2475). Matthew BROCKIE reported an unknown person by unknown means gained access to the building and stole multiple government owned DeWalt tool kits and privately own property. BROKIE reported the items were stolen out of James STANDLEE's office, Room 16, and from the motor pool building floor. STANDLEE reported there were pry markings and signs of forced entry on his office door. STANDLEE stated the missing items were last seen around 1900, 22 Dec 23, and the items were noticed missing around 0800, 27 Dec 23. The stolen items were valued around $15,624.29.

11. On 30 Dec 23, the Fort Sill Military Police were notified that government property was stolen from a motor pool building at 2493 Burrill Road Fort Sill, OK 73503 (building 2493). BROCKIE reported multiple DeWalt tool kits were stolen from the building. Clifton ROBERSON reported he conducted a security check of building 2493 around 0007, 30 Dec 23. ROBERSON stated during his check he found the exterior gate to building 2493 was open. ROBERSON stated he left the area and went back to his unit to get the keys for the lock. ROBERSON stated when he returned to building 2493, he found a lock on the unsecured exterior gate. ROBERSON stated he secured the gate with the lock. BROCKIE stated he later found a cut lock on the ground outside of the exterior gate around 0800, 30 Dec 23. BROCKIE stated when he entered the building, he found multiple cut locks on cages where the stolen tool

kits were located. STANDLEE stated the stolen items were last seen around 1500, 29 Dec 23, and the items were noticed missing around 0800, 30 Dec 23. The stolen items were valued around $15,366.14.

12. DACID identified each theft reportedly occurred at the beginning of or during a holiday weekend. Limited personnel were authorized at the buildings during holiday weekends. Separate organizations occupy the four buildings where the thefts occurred. DACID could not establish a link between each organization, their personnel, and their motor pools. Multiple items, both government property and private property were reported stolen from all four locations (See attachment C). The government property can be identified with NSNs. The estimated reported loss is $85,764.61.

13. On 27 Feb 24, DACID obtained location records from Google. DACID reviewed the records. The records indicated a device (Reverse Location Obfuscated ID: 010101BD56354D73136652697487AB64719D8617D46FEC22AC37EA3F2F5BA7B21C74A92D701A64) was at the following locations:

- Building 3930, on 12 Nov 23, from 2055 – 2125.
- Building 3386, on 20 Dec 23, from 2238 – 2346.
- Building 2493, on 29 Dec 23, from 2239 – 2315.

The records further indicated a device (Reverse Location Obfuscated ID: 010101BD56354D60BC5B857C15D355A91838DC01DE8FAD028C3310657E55307E84D55661465D55) was located at the following:

- Building 3386, on 20 Dec 23, from 2238 - 2349.
- Building 2493, on 29 Dec 23, from 2239 – 2310.

No other devices with a registered Google account were located in multiple buildings during evening hours (after 2000), on the requested dates.

14. On 22 Mar 24, DACID coordinated with Google and obtained the subscriber information for the google accounts located on the two devices (Reverse Location Obfuscated ID: 010101BD56354D7....21C74A92D701A64; and Reverse Location Obfuscated ID: 010101BD56354D6.... E84D55661465D55). Google reported the Google accounts associated with both devices were subscribed to Chase SCULTHORPE.

15. DACID conducted a search of SCULTHORPE's military records. The search revealed SCULTHORPE held multiple maintenance/mechanic positions while stationed at Fort Sill, OK. SCULTHORPE's current Military Occupational Specialty (MOS) is listed as a Maintenance Supervisor (91X). I know Maintenance Supervisors often supervise motor pool operations and have extensive knowledge on tools and equipment used within motor pools.

16. DACID conducted a DoD Person Search (DPS) pertaining to SCULTHORPE. DACID conducted a search of SCULTHORPE's military records. Both searches revealed SCULTHORPE reported his current residence is located at 6929 SW Beta Avenue, Lawton, OK 73505.

17. On 6 May 24, DACID conducted a search of SCULTHORPE's at 6929 SW Beta Avenue, Lawton, OK 73505 pursuant to a search warrant. DACID identified and seized multiple presumed Government owned tools and SCULTHORPE's cellphone from his residence. Many of the seized tools had Government markings and were like the reported stolen tools. DACID recovered approximately $41,867.96 worth of Government owned tools. DACID interviewed SCULTHORPE who admitted he stole Government owned tools from multiple motor pools across Fort Sill, OK. SCULTHORPE denied he forced entry into the motor pools.

SCULTHORPE stated he only entered the motor pools if they were unsecured. SCULTHORPE stated he attempted to sell the stolen tools, but his attempts were unsuccessful. SULTHORPE stated he stole the tools by himself.

18. DACID completed a manual extraction of SCULTHORPE's cellphone. During the review of the contents of SCULTHORPE's cellphone, DACID identified a chat (WhatsApp) between SCULTHORPE and "Ssg Black". The chat revealed SCULTHORPE and "Ssg Black" discussed two items (a Raytheon owned cellphone and Raytheon badge) which were reported stolen from the motor pool located at Building 3386. "Ssg Black" stated he was worried about someone tracking the cellphone, so he burned the cellphone. The chat further revealed on 12 Nov 23, SCULTHORPE and "Ssg Black" discussed what attire they would wear to "go shopping again tonight". SCULTHORPE stated he would bring "bugger pry bars" and requested "Ssg Black" bring a flashlight. At 0019 on 13 Nov 23, Ssg Black stated "Not to shabby my boy" and SCULTHORPE replied, "It was sloppy though". The chat further revealed "Ssg Black" sent SCULTHORPE a photograph of his presumed garage. DeWalt tools were visible in the photograph of "Ssg Black's" garage.

19. DACID conducted a phone number look up search of the phone number listed with "Ssg Black's" contact. The search revealed the phone number belonged to Kolby Montana BLACKWELDER. DACID conducted a DoD Persons Search pertaining to BLACKWELDER. The search revealed BLACKWELDER was an active-duty Soldier, assigned to the same unit as SCULTHORPE. The search further revealed BLACKWELDER reported his home address was 5705 NW Lady Marna Avenue, Lawton, OK 73503.

20. I know people who steal items often store the stolen items in their residence or storage property for safekeeping before they attempt to sell or barter the items for a profit. A

large quantity of items may be stored in the same location for extended periods before they are sold or bartered. People who attempt to sell stolen items often use web-based applications to list stolen items and to communicate with potential buyers of said items. I also know people who steal items, may keep the stolen items in their residence for their personal use.

**CONCLUSION**

21. Based on the above-listed facts and circumstances, I believe probable cause exists for a search warrant authorizing the search of the residence and property described in Attachment A to seek the items described in Attachment B and Attachment C, which will constitute evidence and instrumentalities concerning violations of Title 18 of the United States Code § 641 (Theft of public money, property or records).

22. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711, 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States... that - has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

23. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

Brandon C. Williams
Special Agent
DACID

Subscribed and sworn to before me on the 22nd day of May 2024

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

24-MJ- 459STE
(1PAGE)

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to the below listed residence:

1. Residence and Property located at 5705 NW Lady Marna Avenue, Lawton, OK 73505, which is a two-story residence, to include but not limited to garages, vehicles, sheds, and any other storage containers that are located on the property lot.

Residence and Property located at 5705 NW Lady Marna Avenue, Lawton OK, 73505





24-MJ-459STE
(PAGES 2-8)

ATTACHMENT B

**List of Items to be Seized**

1. All government property, tools, equipment, tool kits, tool bags and items to include but not limited to the items listed in Attachment C.

2. All portable electronic devices to include but not limited to cellphones, smart watches, and tablets that are reasonably believed to be owned or used by Kolby BLACKWELDER, and the files contained within, from 1 Nov 23 until the date the devices are collected, that show evidence of the criminal offense listed above including but not limited to:

    a. Any and all information, notes, documents, records, or correspondence, in any format or medium, pertaining to theft.

    b. Records relating to documentation or memorialization of the criminal offenses above, including voice memos, photographs, notes, memos, videos, emails, chats, messages and other audio and video media, and all information and metadata attached thereto including device information, geotagging information, and information of the relevant dates related to the media.

    c. Records relating to the planning and execution of the criminal offense above, including Internet activity, firewall logs, caches, browser history, and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered any

Internet search engine, records of user-typed web addresses, account information, settings, and saved usage information.

d. Application data, including but not limited to Facebook, Instagram, eBay, Craigslist, WhatsApp, Messenger, YouTube, and Reddit relating to the criminal offense above.

e. All records pertaining to location history of the devices.

3. Any and all documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files), pertaining to occupancy or ownership of the premises described above, including, but not limited to, rental or lease agreements, mortgage documents, rental or lease payments, utility and telephone bills, mail envelopes, or addressed correspondence.

4. If law enforcement personnel encounter any electronic devices that are subject to seizure pursuant to this warrant that may be unlocked using a biometric access feature, this warrant permits law enforcement personnel to: (1) press or swipe the fingers (including thumbs) of Kolby BLACKWELDER to the fingerprint scanner of the electronic devices; (2) hold the devices in front of the face of Kolby BLACKWELDER and activate the facial recognition feature; or (3) hold the devices in front of the face of Kolby

BLACKWELDER and activate his iris recognition feature, for the purpose of attempting to unlock the devices in order to search the contents as authorized by this warrant.

5. During the search, photographs of the searched premises may also be taken to record the condition thereof or the location of items therein.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, DACID may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

24-MJ-459STE

ATTACHMENT C

List of Reported Stolen Items

| Description | NSN | Quantity | Reported Total ($) |
|---|---|---|---|
| DeWalt cordless 4-1/2in circular saw kit | 4130-01-459-1476 | 1 | 1,134.45 |
| Multitool Sander Kit | 4130-01-460-8510 | 4 | 4,047.00 |
| Hole Saw Drilling Kit | 4130-01-459-8388 | 3 | 6,792.78 |
| Cordless Grinder Kit | 4130-01-507-7010 | 1 | 1,367.66 |
| Impact Driver Kit | 4130-01-507-7021 | 8 | 20,476.88 |
| Jobsite Portable Power Station Kit | 4130-01-458-8339 | 2 | 4,451.14 |
| Compressor Kit | 4130-01-460-8516 | 1 | 1,511.90 |
| Hammer Drill Kit | 4130-01-501-7032 | 3 | 5,419.02 |
| Handy Vac Kit | 4130-01-459-8272 | 2 | 1,574.34 |
| Jobsite Portable Power Station Kit | 4130-01-458-8339 | 2 | 4,451.14 |
| Batteries (come with the kits) DeWalt | 4130-01-458-8339 | 10 | 0.00 |
| Speaker DeWalt 6inch x 5inch | 4130-01-458-8339 | 2 | 0.00 |
| Rotary Tool Kit | 5130-01-014-6856 | 1 | 78.76 |
| Headlamp, Medical | | 1 | 46.97 |
| Torque Wrench | 5120-01-573-1396 | 2 | 425.72 |
| Medium Rucksack, RUCKSACK | 8465-01-593-8664 | 1 | 77.30 |
| Drill Driver Kit | 4130-01-476-1493 | 1 | 1,766.49 |

| | | | |
|---|---|---|---|
| Impact Driver Kit | 4130-01-507-7021 | 3 | 7,678.83 |
| Grease Gun Kit | 4130-01-460-6096 | 1 | 930.51 |
| Air Hammer Kit | 4130-01-461-0314 | 2 | 2,939.24 |
| Extension Cord Kit | 6150-01-519-4401 | 8 | 1,240.24 |
| Clamp Kit | 5340-01-519-3065 | 2 | 1,068.98 |
| Impact Driver Kit | 4130-01-507-7021 | 3 | 7,678.83 |
| Ice Chest/Cooler | 4130-01-458-8334 | 1 | 874.74 |
| Portable Light Set | 6240-01-628-2590 | 1 | 6,121.97 |
| DeWalt Drill 20V | | 1 | 157.67 |
| DeWalt 20 Battery | | 2 | 136.39 |
| DeWalt 20v Charging Stand | | 1 | 39.80 |
| Two Tool Bags; one small brown, one small black one | | 2 | 80.00 |
| Wadsworth Tool Kit, Red Kit | | 1 | 284.80 |
| Xcelite Allen Tool Roll | | 1 | 286.50 |
| Wire Strippers | | 1 | 10.00 |
| Small Screw Drivers Assorted (Jewelers) | | 1 | 10.00 |
| Two Head Lamps; White and red lights | | 1 | 59.98 |
| 6" Needle Nose Pliers | | 1 | 12.00 |
| 4" Side Cutter Pliers | | 1 | 10.00 |
| 1/2-3/8 Socket Adapter | | 1 | 6.00 |
| 3 Piece Scribe Set | | 1 | 7.00 |
| 4" Wood Handle Awl | | 1 | 7.00 |
| 1 1/2" socket 3/4 "Drive | | 1 | 13.00 |
| 15/16" socket 1/2" Drive | | 1 | 12.00 |
| CRAFTSMAN SET | | 1 | 70.00 |
| Ratchet SET | | 1 | 60.00 |
| 5-11 72hr Bag (Backpack) | | 1 | 185.00 |

| | | | |
|---|---|---|---|
| iPhone; Raytheon New (unconnected) | | 1 | 729.99 |
| Raytheon Badge | | 1 | 0.00 |
| ¼" Socket Set Gear Wrench / Stainless steel | | 1 | 20.00 |
| Wadsworth Kit, red box Jose Mancha, mini ratchet, silver / black handle / 52 screwdriver bits | | 1 | 284.80 |
| ½" Ratchet / Gear Wrench / Stainless Steel | | 1 | 53.00 |
| Extension set; 1/2 1/4 3/8, stainless steel, Pittsburg | | 1 | 30.00 |
| Pliers Set, 4 total, channel, needle, diagonal, wire strippers, black with red handles | | 1 | 111.00 |
| Pittsburg Tool Bag, black and Gray, about 12 in x 6 inch | | 1 | 5.00 |
| Princeton Head Lamp, Black | | 1 | 34.95 |
| Honeywell Impact Sport Sound Amplification Earmuffs, Black | | 1 | 64.95 |
| Rechargeable Head Lamp, grey | | 1 | 0.00 |
| Flying Circle Presidio Backpack, Tan | | 1 | 59.95 |
| Oakley shooting gloves, Tan | | 1 | 28.95 |
| Anker Power Core 20100 mAh portable charger, Black | | 1 | 49.99 |
| 36 Piece Gear Wrench Ratcheting Wrenches, Silver in Color, the ½ inch ratchet within the set has a weld mark | | 1 | 100.00 |

| | | | |
|---|---|---|---|
| Matco Impact ¾ Socket Set, Marron Case with White Coloring (Colored by Vic), Black Impact Sockets | | 1 | 250.00 |
| Harbor Freight Bauer Power tool Battery, Black and Red in color | | 1 | 50.00 |
| Harbor Freight Metric O-Ring Kit, Blue Box, marked with last name (CARNAHAN) | | 1 | 20.00 |
| Matco Plier Set with Black Carrying Bag, black and neon green in color | | 1 | 250.00 |
| Harbor Freight Chisel Pittsburg, Pouch Set | | 1 | 20.00 |
| Black Velvet bag with Human Ashes | | 1 | 0.00 |
| Coyote Backpack | | 1 | 0.00 |
| Ruck Sac | | 1 | 0.00 |
| | | | Total $85,764.61 |